

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2016

No. 04-16-00534-CR

Curtis Scott **CRENWELGE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A12121
Honorable N. Keith Williams, Judge Presiding

## O R D E R

The reporter's record was due September 23, 2016, but it was not filed. Court reporter Dandy Middleton has filed a notification of late record stating that the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. See TEX. R. APP. P. 34.6(b), 35.3(b).

We order appellant to provide written proof to this court on or before **October 10, 2016** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee or (2) appellant is entitled to the record without prepayment of the reporter's fee. See TEX. R. APP. P. 35.3(b). If appellant fails to respond within the time provided, the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court